LAUREL CAPRIO et al., Respondents, v 1025 MANHATTAN AVENUE
CORP., Doing Business as MARK BAR, et al., Appellants.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 63 AD3d 656.

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

In the Matter of the Claim of JOHN D'ERRICO, Appellant, v NEW
YORK CITY DEPARTMENT OF CORRECTIONS, Respondent.
WORKERS' COMPENSATION BOARD, Respondent.

Decided December 17, 2009

Reported below, 65 AD3d 795.

Appeal, insofar as taken from that portion of the Appellate
Division order that affirmed the Workers' Compensation Board
decision denying appellant's claim for benefits, dismissed,
without costs, by the Court of Appeals, sua sponte, upon the
ground that no appeal lies as of right from that part of the or-
der absent the direct involvement of a substantial constitutional
question; appeal, insofar as taken from that portion of the Ap-
pellate Division order that affirmed the decision of the Workers'
Compensation Board denying appellant's request for reconsid-
eration or full Board review, dismissed, without costs, by the
Court of Appeals, sua sponte, upon the ground that such por-
tion of the order does not finally determine the proceeding
within the meaning of the Constitution.

In the Matter of 47 AVE. B. EAST INC., Respondent, v NEW YORK
STATE LIQUOR AUTHORITY, Appellant.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 65 AD3d 33.

Motion for reargument denied with $100 costs and necessary
reproduction disbursements. Motion for a stay dismissed as aca-
demic [see 13 NY3d 820 (2009)].

Chief Judge LIPPMAN taking no part.